# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| In re: Wellesley K. Clayton, Debtor, | ) | JUDGMENT IN CASE |
| | ) | |
| Wellesley K. Clayton, Appellant | ) | 3:16cv18 |
| | ) | |
| vs. | ) | |
| | ) | |
| M & T Bank, Appellee, | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 20, 2016 Order.

January 21, 2016

Frank G. Johns, Clerk
United States District Court